# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHNNY R. KOTCHAVAR, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | No. 14-1333-KHV |
| ) | |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| COMMISSIONER OF ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## MEMORANDUM AND ORDER

On November 21, 2018, the Court issued an order sustaining plaintiff's Motion For Approval Of Attorney Fees (Doc. #31) filed October 3, 2018. Memorandum And Order (Doc. #34). On December 3, 2018, plaintiff filed a Motion For Relief From Judgment (Doc. #35), asking the Court to amend its order. The government does not oppose plaintiff's motion. See Motion For Relief From Judgment (Doc. #35) at 1. Plaintiff asserts that on page 5, in the last sentence of the second full paragraph of its order, the Court inadvertently referred to the Commissioner instead of plaintiff. For substantially the reasons set forth in plaintiff's Memorandum In Support Of Motion For Relief From Judgment (Doc. #36) filed December 3, 2018, the Court amends the last sentence of the second full paragraph on page 5 of its Memorandum And Order (Doc. #34) as follows: If plaintiff's attorney receives the unpaid balance of $6,505.97, he shall promptly reimburse the plaintiff that amount. The Court will file a nunc pro tunc order which contains the amended language.

**IT IS THEREFORE ORDERED** that plaintiff's Motion For Relief From Judgment (Doc. #35) is **SUSTAINED**.

Dated this 4th day of December, 2018 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge